# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DONEIA STOUMILE,**

    **Plaintiff,**

v.

**ULTA STORE 422,**

    **Defendant.**

:

:

Case No. 2:25-cv-999
Chief Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

## ORDER

This matter is before the Court on the September 18, 2025 Report and Recommendation issued by the Magistrate Judge. (ECF No. 3.) After performing an initial screen of the Complaint (ECF No. 2) pursuant to 28 U.S.C. § 1915(e)(2), the Magistrate Judge recommended that the Court permit Ms. Stoumile to proceed on her Title VII retaliation claim against Ulta Store 422 and that the Court dismiss her Title VII discrimination claim for failure to state a claim upon which relief may be granted.

The time for filing objections has passed, and no objections have been filed. The Court thus **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 3). Accordingly, Ms. Stoumile may **PROCEED** on her retaliation claim. Her discrimination claim is **DISMISSED**.

    **IT IS SO ORDERED.**

                                     /s/ Sarah D. Morrison
                                     **SARAH D. MORRISON, CHIEF JUDGE**
                                     **UNITED STATES DISTRICT COURT**