**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DONEIA STOUMILE,**

     **Plaintiff,**            :

                                     **Case No. 2:25-cv-999**
    v.                           **Chief Judge Sarah D. Morrison**
                                     **Magistrate Judge Chelsey M.**
                                     **Vascura**

**ULTA STORE 422,**
                               :

     **Defendant.**

## ORDER

In a January 21, 2026 Report and Recommendation, the Magistrate Judge recommended that the Court dismiss this action for failure to timely effect service of process under Federal Rule of Civil Procedure 4(m). (ECF No. 6.) Plaintiff Doneia Stoumile was advised of the right to file objections to the Report and Recommendation and the consequences of failing to do so. (*Id.*) Still, no objections have been filed.

The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, this action is **DISMISSED without prejudice**. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.


    **IT IS SO ORDERED.**

                                   /s/ Sarah D. Morrison
                                   **SARAH D. MORRISON, CHIEF JUDGE**
                                   **UNITED STATES DISTRICT COURT**